*please file these please —*

IN THE UNITED STATES ~~DISTRICT~~ COURT
FOR THE DISTRICT OF ~~COLORADO~~ (misp?) Wyoming

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
23 AUG 14 PM 2:02
MARGARET BOTKINS, CLERK
CASPER

Eduardo Alberto Vlahos,
    Plaintiff,

vs.

Geico / Todd Combs,
C.E.O / President,
    Defendant(s).

Case No. 23 CV 146-F

**CIVIL RIGHTS COMPLAINT** /Suits
Under U.S.C. § 1981

1. Plaintiff
   Name: Eduardo Alberto Vlahos
   Aliases: Eddie
   Prisoner number: # 33868
   Place of confinement: Wyoming Honor Farm / Riverton, Wyo.
   Address: 40 Honor Farm Road, Riverton, Wy. 82501

2. Defendant(s)
   a. Defendant: & Geico Corp. / Todd Combs
      Title: C.E.O - P
      Place of Employment: Geico
      Address: 5260 Western Ave - Chevy chase, Maryland 20815
      How defendant is sued (as an individual, official capacity or both): Both
      Was defendant acting under color/authority of law? [ ] Yes  [ ] No
   b. Defendant: _____
      Title: _____
      Place of Employment: _____
      Address: _____
      How defendant is sued (as an individual, official capacity or both): _____
      Was defendant acting under color/authority of law? [ ] Yes  [ ] No

1

3. **Statement of Claims**

CLAIM ONE:
State here the constitutional right that the defendant(s) violated:
14th Amend. Due process, 5th Amendment life, liberty, Property
(7th Amend.) 4th Amend-

Supporting facts: Please see Attached Evidence calls, letters to Todd Combs, contract agreement Greigo refusing to turn over all calls my travelers agents
Carefully tell what the defendant(s) did to violate the constitutional right you listed above. Name each person involved. Describe how the violation happened. Give the places and dates where each event took place. If your facts are not complete and do not show how the defendant(s) violated your rights, your complaint may be dismissed.

letters written to Monica Lucero/meade, and
CLAIM TWO: while at Campbell County Jail, I notarized by Deputy A.F. on May 7, 2022
State here the constitutional right that the defendant(s) violated: letter of all property I owned, and letter mailed at W.A.F. As Exibits (H) + (I)
Breach of Contract / 1st Amend. 14th Admint.
D.I.C V. OldenBurg, 34 F 3d 1529 (10th cir. 1994)
Discovery of loss is event that triggers notice requirements of insurance policy

Supporting facts: Please see Attached documents
And recording of conversations, on CD's provided
Carefully tell what the defendant(s) did to violate the constitutional right you listed above. Name each person involved. Describe how the violation happened. Give the places and dates where each event took place. If your facts are not complete and do not show how the defendant(s) violated your rights, your complaint may be dismissed.

CD's of recording mailed to Court, And copies of CD's on paper of telephone calls of Greigo Agents and travelers Agents too, And letters mailed to the Pres.dent + C.E.O of company's
(If you have additional claims, list them using this format on a separate sheet of paper.)

4. **List all lawsuits you have filed in any state or federal court relating to these claim(s).**
   (a) Defendants: (None) Plantiff
       Name of Court: _____
       Result: _____
       Date of Result: _____
   (b) Defendants: _____
       Name of Court: _____
       Result: _____
       Date of Result: _____

**5. RELIEF REQUESTING,** State briefly what you want the Court to do for you.

Grant montion of settlement - order Geico to pay $103,000.00 dollars for the contract of renters insurance I paid for over filed my claim timely (Breached of contract - violation) And Also pay for Defamation, pain + suffering And being racially descriminated against by there partners - Traveler corp. for the Amount $750,000.00 Dollars

## Certification of Truthfulness

I certify that the facts in this complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be sanctioned by the court.

Signed this __3__ day of __March__, 20__22__.

_Eduardo Vlahos_
Signature of Plaintiff

_Eduardo Vlahos_
Print name of Plaintiff

## CERTIFICATE OF SERVICE

I _Eduardo Vlahos_ hereby certify that I have caused a true and correct copy of the above and foregoing document to be sent by First Class, postage

3

prepaid, by placing same within the Wyoming Honor Farm institution mail box on this 3 day of March, 2022 addressed to the following:

C.E.O - Todd Combs
5260 Western Ave
Chevy Chase, Maryland 20815

_____
PETITIONER/ PLAINTIFF

4

NOTICE OF LAWSUIT AND REQUEST
FOR WAIVER OR SERVICE OF SUMMONS

TO: GEICO CORPERATE OFFICE,

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It WILL be filed in the United States District Court for the TENTH CIRCIUT and WILL be assigned A docket number _____.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within 30 days after the date designated below as the date on which this Notice and Request is sent. I enclosed a stamped and addressed envelope for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this Notice is sent.

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs, AND PAY THE FULL AMOUNT OF ($853,000.00), In that connection, please read the statement concerning the duty of parties to waive service of the summons, which is set fort.

I affirm that this Request is being sent to you on behalf of the plaintiff; this __3___ day of

_____MARCH 2022_____.

_____
Signature of Plaintiff

1

## DUTY TO AVOID UNNECESSARY COSTS
## OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by the Plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the Plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default may be taken against that defendant. By waiving service, a defendant is allowed more time to answer that if the summons has been actually served when the request for waiver of service was received.

## CERTIFICATE OF SERVICE

I _Eduardo Vlahos_, hereby certify that I have caused a true and correct copy of the above and foregoing document to be sent by First Class, postage prepaid, by placing same within the Wyoming Honor Farm mail box on this _3_ day of _March_, 20_22_, addressed to the following:

(Geico) + Geico's Corp. office.
Traveler's Corp. / 2280 N. Greenville, Texas 75082
Todd Combs - C.E.O
5260 Western Ave.
Chevy Chase, Maryland
20815

_Eduardo Vlahos_
Eduardo Vlahos

_Barbara Lee_   3-3-22

Barbara Lee - Notary Public
County of Fremont
State of Wyoming
My Commission Expires August 10, 2023