*Please file this please*

IN THE UNITED STATES DISTRICT COURTS

District of Wyoming

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2023 AUG 14  PM 2:03
MARGARET BOTKINS, CLERK
CASPER

Eduardo Vlahos )
) Plaintiff,
)
v. )
Geico insurance company ) Docket No. 23CV146-F
President )
)
) Defendant.

## CLAIMS AFFIDAVIT

1. I, Eduardo Vlahos (the Plaintiff) being duly sworn on oath, state the Defendant is justly indebted to me in the total sum of $853,000.00 and that said sum is due because: Breach of contract of Geico, Denying my renter's claim, for No reason, other than being latino, Traveler's Agent Racial comments, And being prejudice + bias, Defamation of Character, racial profiling, And pain in suffering

2. Demand for payment has been made and refused.

3. The Defendant's address and phone number within this County are:

Eduardo Vlahoss - W.H.F
40 Honor Farm Road
Riverton, Wyo. 82501
Address
307-856-9578 - Ask for caseworker - Mrs. Harris
Phone Number

4. I request judgment in the amount above stated, plus costs and such other amounts as I am legally and justly entitled. (All together) $103,500.00 for my full payment of renter's insurance, And $750,000.00 for my pain in suffering and being racially profiled and for Discriminated because of being latino.

1

photo copy's of the Recordings of conversations of copy's agents, not the traveler's agent - one set to ~~~~ federal courts Greyso firm! And the other being sent to wu.Leew ~~~~ spelled w/only one cerenholly. As evidence of there's conversations. As proof of existence of this is proof in case they are locked, courts. Just in case I have in poss. at recordings: can't have - a misplaced - it wipe is worth stolen down.

Edwardo Willis
March 13, 2023

Exhibit B

Exhibit A

(Plaintiff's Signature) *Eduardo Vlahos*

W.H.F.
40 Red Hawk Farm Road Riverton, Wyo. 82501
Address

(307) 856-9578
Phone Number

Subscribed and sworn to before me this 3rd day of March, 2022

(SEAL)

*Barbara Lee*
Clerk of Court/Notary Public

Barbara Lee - Notary Public
County of Fremont — State of Wyoming
My Commission Expires August 10, 2023

For All signatures on All documents to verify it's (me –) Eduardo Vlahos. All original documents handed to Ms. Lee w/ CDS recordings inside a manila envelope today to be mailed to the tenth circuit courts March 3, 2022

Verifys w/ notary Authenticity of the Recording's And that they are recordings of travelers agents voices, admitting they were wrong And the travelers agents comments concerning my race And admitting he denying my claim because of that. W/ purpose. That the originals are being mailed to the tenth circuit court today on March 31, 2022, Eduardo Vlahos

2