UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2025 SEP 18 PM 3: 55

MARGARET BOTKINS, CLERK
CASPER

EDUARDO ALBERTO VLAHOS,

Plaintiff,

v.

TRAVCO INSURANCE COMPANY, and
ALAN SCHNITZER, C.E.O.,

Defendants.

Case No. 23-CV-146-SWS

## JUDGMENT

This matter came before the Court on Defendant's Motion for Summary Judgment (ECF 83). After considering the parties' evidence and arguments, the Court issued a written "Order Granting Defendant's Motion for Summary Judgment" (ECF 94), which is fully incorporated herein by this reference. Additionally, the Court's earlier "Order Dismissing in Part Amended Complaint on 28 U.S.C. § 1915 Screening" (ECF 36) and "Order Granting Defendant Alan Schnitzer's Motion to Dismiss" (ECF 65) are fully merged and incorporated into this final judgment. In conformity with all the dispositive orders, and under Fed. R. Civ. P. 58:

**FINAL JUDGMENT** is hereby entered in Defendants' favor and against Plaintiff on all claims and causes of action. Taxation of costs shall be permitted to the extent allowed by Fed. R. Civ. P. 54(d)(1) and Local Civil Rule 54.2.

**DATED:** September 18, 2025.

Entered: Margaret Botkins, Clerk of Court

By: _____
Mariah Schafersman, Deputy Clerk of Court